AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Joseph Black

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07MJ49A

I, Joseph Black, charged in a ☒ complaint ☐ petition pending in this District with assault of a federal officer on official duty, in violation of Title 18, U.S.C., 111,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

X [signature]
*Defendant*

May 16 2007
*Date*

[signature]
*Counsel for Defendant*