UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-MJ-49LDA |
| | ) | |
| JOSEPH BLACK | ) | |

---

MOTION TO CONTINUE TRIAL

Now comes Joseph Black, the Defendant in the above captioned matter, and moves to continue the trail in this matter to the Court's August trial calendar, and extend time for the filing of pretrial motions in this matter, for a period of 30 days. The government has no objection to this extension.

Respectfully submitted
Joseph Black
By his attorney,

/s/ Edward C. Roy #3029
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
edward_roy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on June 19, 2007.

/s/ Edward C. Roy