# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

U.S. vs. Joseph Black Docket Number: 1:07-M-0049A

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL SERVICES RELEASE**

Comes now Maureen Bradley, Supervising U.S. Probation Officer, presenting an official report upon the conduct of defendant who was placed under pretrial release supervision with the following conditions of release by the Honorable Lincoln D. Almond, United States Magistrate Judge on May 16, 2007.

Please see the attached Memorandum.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Please see the attached Memorandum.

**PRAYING THAT THE COURT WILL ORDER** that a Summons be issued for the defendant to appear for a Bail Violation Hearing. The Department of Veteran's Affairs Hospital Police have agreed to transport Mr. Black for the purpose of a scheduled Court appearance.

ORDER OF THE COURT

Considered and ordered this 26th day of July, 2007 and ordered filed and made a part of the records in the above case.

[signature]

Honorable Lincoln D. Almond
U.S. Magistrate ~~District~~ Judge

Date 7/26/07

RESPECTFULLY SUBMITTED,

[signature]

Maureen Bradley
Supervising U.S. Probation Officer

Date 07/25/07