UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 1:07-M-0049 A

JOSEPH BLACK :

MOTION TO CONTINUE TRIAL

The defendant, Joseph Black, through counsel, moves to continue his trial for five weeks until September 17, 2007 on the grounds that defense counsel needs additional time to prepare, specifically, to obtain and review all of the defendant's medical records, in particular those records relating to medications that the defendant was receiving at the time of the incident on May 15, 2007. AUSA Zechariah Chafee indicates that he has no objection to the continuance requested.

JOSEPH BLACK,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon counsel of record, Zechariah Chafee, AUSA and Stephen Dambruch, AUSA on the 10th day of August, 2007.

/s/ Edward C. Roy, Esquire