**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR.NO.1:07MJ49A** |
| | : | |
| | : | |
| **JOSEPH BLACK** | : | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

The government told the court in a colloquy on possible sentences following trial that it was not asking that the defendant to pay a fine should he be convicted. The government knows that the defendant is represented by the federal defender and does not appear able to work. However, the government has been given to understand that defendant is receiving free room and board at the Veteran's Hospital and, it is also the government's understanding, defendant receives a federal disability check. (The government is not positively sure about defendant's situation). It does appear that defendant has some assets to pay a fine and, if convicted, he should be required to pay one of $300.00. This would show him that there are

consequences for swinging a hand at a police officer's face and making contact as the officer jerked her head back.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney
United States Attorney's office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(Fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 25th day of September, 2007, I caused the within Government's Sentencing Memorandum to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Edward Roy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney
United States Attorney's office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(Fax)
Zechariah.chafee@usdoj.gov